UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **ORDER**
:
-against- :
: 21 Cr. 280 (AKH)
:
:
JONATHAN ODENTHAL, :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned matter is adjourned to December 14, 2023 at 11:00 a.m, in Courtroom 14D.

      SO ORDERED.

Dated:    July 14, 2023                ____/s/ Alvin Hellerstein____
            New York, New York      ALVIN K. HELLERSTEIN
                                     United States District Judge